FILED

03/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0026

IN THE SUPREME COURT OF THE STATE OF MONTANA

SUPREME COURT CAUSE NO.  DA 23-0026

|  |  |  |
|---|---|---|
| STATE OF MONTANA | ) | |
| Plaintiff/Appellee, | ) | ORDER |
| vs. | ) | |
| | ) | |
| | ) | |
| THOMAS WOJTOWICZ, | ) | |
| Defendant/Appellant. | ) | |

Upon review of the Defendant/Appellant's Unopposed Motion for a 1-week Extension to file Reply Brief, a third extension, and good cause therefrom;

IT IS ORDERED THAT Defendant/Appellant shall have an additional 7 days to file Reply Brief which shall be filed on or before March 8, 2024.

No further extensions will be granted.

ELECTRONICALLY SIGNED AND DATED BELOW

_____
Supreme Court Justice

cc: Jami Rebsom
     Brad Fjeldheim

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 1 2024